## H. C. BYNUM JR. v. O. B. COLQUITT ET AL.

No. 3970.  Decided June 22, 1927.

(296 S. W., 1095).

**Oil and Gas—Permit to Prospect—Case Approved.**

The rulings in this case on appeal (Bynum v. Colquitt, 248 S. W., 720) are approved as a correct disposition of the case and as rendering further discussion of the questions involved unnecessary. (Pp. 602, 603).

Error to the Court of Civil Appeals for the Second District, in an appeal from Young County.

Bynum obtained writ of error on the affirmance (248 S. W., 720) on his appeal of a judgment for defendants in his suit against Colquitt and others.

*Schenck & Triplett*, for plaintiff in error.

*Marshall & King* and *G. B. Smedley*, for defendants in error.

MR. JUSTICE GREENWOOD delivered the opinion of the court.

We have reached the conclusion that this case was rightly determined in the District Court and in the Court of Civil

Appeals. We concur in the conclusions of the courts below as set out in the opinion of Chief Justice Conner in 248 S. W., 720. No useful purpose would be subserved by writing an additional opinion.

It is ordered that the judgments of the District Court and of the Court of Civil Appeals be affirmed.

Chief Justice Cureton not sitting.